Dawn KRAFT–MORRIS, Respondent Below, Appellant,

v.

DIVISION OF FAMILY SERVICES, et al., Petitioner Below, Appellee.

No. 399, 2015

Supreme Court of Delaware.

Submitted: March 9, 2016

Decided: March 22, 2016

AFFIRMED.